# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Plaintiff,

vs.

MATTRESS FIRM, INC., *et al.*,

        Defendants.

Case No. 2:13–cv–1745–GMN–VCF

**ORDER**

On February 9, 2015, the court ordered Mattress Firm to hand deliver copies of allegedly privileged communications to chambers for an *in camera* review. After reviewing Mattress Firm's *in camera* submission, it is evident that the second to last page of the redacted set of documents does not match the second to last page of the unredacted set of documents. The final two pages in the unredacted set of documents are duplicates, which match the final page in the redacted set of documents.

Therefore, Mattress Firm is ordered to hand deliver to chambers an unredacted copy of the second to last page. The court's March 6, 2015 hearing will proceed as scheduled.

IT IS SO ORDERED.

DATED this 25th day of February, 2015.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1