**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | 2:13-cv-01745-GMN-VCF |
| vs. | **ORDER** |
| MATTRESS FIRM, INC., | |
| Defendant. | |

Before the court is the Motion to Appear at Hearing by Telephone (#59).

Defendant's out of state counsel, Shauna Clark, Esq., seeks to appear telephonically for the hearing on the Motion for Protective Order. She has an unavoidable scheduling conflict. *Id.*

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Motion to Appear at Hearing by Telephone (#59) is GRANTED. Ms. Clark may attend the March 6, 2015, 10:00 a.m., hearing by telephone.

Ms. Clark is instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 2nd day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25