UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Plaintiff,

vs.

MATTRESS FIRM, INC., *et al.*,

        Defendants.

Case No. 2:13–cv–1745–GMN–VCF

**ORDER**

On March 4, 2015, Mattress Firm filed a letter requesting a conference with the court regarding an outstanding discovery dispute (#62). The parties are ordered to be prepared to address the issues raised in the letter and attachment during the hearing. Mattress Firm is ordered to bring three copies of the "LV Wage Report" referenced in paragraph three to the hearing.

IT IS SO ORDERED.

DATED this 5th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1