# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | 2:13-cv-01745-GMN-VCF |
| vs. | **ORDER VACATING DISPOSITIVE MOTION DEADLINE AND JOINTPRETRIAL ORDER DEADLINES** |
| MATTRESS FIRM, INC., | |
| Defendants. | |

On March 6, 2015, this court entered its order (#66) resolving then pending discovery disputes. That order set a Dispositive Motion Deadline of May 26, 2015, and a Joint Pretrial Order Deadline of June 25, 2015.  Thereafter Plaintiff filed its Motion (#68) seeking an extension of expert discovery and related relief.

That motion is still briefing, and it is unlikely that the court will be able to resolve it before expiration of the current Dispositive Motion Deadline.

Accordingly,

IT IS HEREBY ORDERED that the Dispositive Motion Deadline of May 26, 2015, and the Joint Pretrial Order Deadline of June 25, 2015, are VACATED, to be reset after the court decides Plaintiff EEOC's Motion to Extend Expert Discovery and Pre-Trial Deadlines; Memorandum of Points and Authorities; Declaration; Exhibits; Proposed order (#68).

DATED this 11th day of May, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE