**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>               Plaintiff,<br>vs.<br><br>MATTRESS FIRM, INC.; and DOES 1-15 INCLUSIVE,<br><br>               Defendant. | Case No. 2:13–cv–1745–GMN–VCF<br><br>**ORDER** |

This matter involves United States Equal Employment Opportunity Commission's (hereafter "the EEOC") civil action against Defendant Mattress Firm, Inc. Before the court is Plaintiff U.S. Equal Employment Opportunity Commission's Motion to Seal Exhibit J Proffered in Support of Plaintiff's Motion for Partial Summary Judgment (#91). Exhibit J contains confidential material.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff U.S. Equal Employment Opportunity Commission's Motion to Seal Exhibit J Proffered in Support of Plaintiff's Motion for Partial Summary Judgment (#91) is GRANTED and the Commission must file a redacted copy of the EEOC's September 16, 2011 conciliation failure notice by February 26, 2016.

The Clerk of Court is directed to seal Exhibit J to Plaintiff's Motion for Partial Summary Judgment (#81).

DATED this 11th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1