# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MATTRESS FIRM,<br><br>　　　　　　Defendant. | 2:13-cv-01745-GMN-VCF<br>**ORDER** |

　　　Before the court is Defendant's Motion to Strike the Interview of Chris Brown in Support of EEOC's Opposition to Defendant's Motion for Summary Judgment (#95).

　　　IT IS HEREBY ORDERED that a hearing on Defendant's Motion to Strike the Interview of Chris Brown in Support of EEOC's Opposition to Defendant's Motion for Summary Judgment (#95) is scheduled for 10:30 a.m., March 25, 2016, in courtroom 3D.

　　　DATED this 14th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE